**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMIAN KARL SCHENEWARK, | ) Case No.: 1:21-cv-0683 JLT |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST |
| | ) FOR AN EXTENSION OF TIME |
| v. | ) |
| | ) (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

On December 8, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 60 days to file a motion for summary judgment. (Doc. 14.) Dolly Trompeter, Plaintiff's counsel, reports the extension is necessary "[d]ue to the increase in certified administrative records being filed by defendant" and "a larger than usual number of briefs due for the month of December 2021 and January 22." (*Id.* at 2.) Notably, this is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

    1.    The request for an extension of time (Doc. 14) is **GRANTED**; and

    2.    Plaintiff **SHALL** file a motion for summary judgment no later than **February 11, 2022**.

IT IS SO ORDERED.

Dated:   **December 9, 2021**          **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE